240 So.2d 694

In re Jim BAINES

v.

CITY OF BIRMINGHAM.

Ex parte Jim BAINES.

6 Div. 819.

Supreme Court of Alabama.

Nov. 5, 1970.

George C. Longshore, Birmingham, for petitioner.

William C. Walker, Birmingham, opposed.

COLEMAN, Justice.

Petition of Jim Baines for certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Baines v. City of Birmingham, 46 Ala.App. 267, 240 So.2d 689 (6 Div. 41).

Writ denied.

SIMPSON, MERRILL, HARWOOD, BLOODWORTH, MADDOX and McCALL, JJ., concur.

239 So.2d 214

Ex parte John T. BAXTER.

In re STATE of Alabama ex rel. Harvey L. RABREN, as Commissioner of Revenue

v.

John T. BAXTER.

3 Div. 461.

Supreme Court of Alabama.

Sept. 3, 1970.

Robert E. Varner, Jones, Murray, Stewart & Varner, Montgomery, for petitioner.

MacDonald Gallion, Atty. Gen., and Willard W. Livingston, Asst. Atty. Gen. and Counsel, Dept. of Revenue, opposed.

HARWOOD, Justice.

Petition of John T. Baxter for certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in State of Alabama ex rel. Harvey L. Rabren as Commissioner of Revenue v. Baxter, 46 Ala.App. 134, 239 So.2d 206 (3 Div. 4).

Writ denied.

All the Justices concur.